# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR PAYNE COUNTY, OKLAHOMA

| | |
|---|---|
| Frakes, John v. Moore, Christopher Lee et al | **No. CJ-2016-452**<br>**(Civil relief more than $10,000: AUTO NEGLIGENCE)**<br><br>Filed: 10/13/2016<br><br><br>Judge: Kistler, Stephen R |

## PARTIES

Frakes,  John, Plaintiff
Moore,  Christopher  Lee, Defendant
Perimeter Transportation Co LLC, Defendant
State Automobile Mutual Insurance Company, Defendant

## ATTORNEYS

| **Attorney** | **Represented Parties** |
|---|---|
| Jackson,  Scott  Ronald (Bar #17502)<br>Martin Jean and Jackson<br>PO Box 2403<br>1324 East Grand Avenue<br>Ponca City, OK 74602 | Frakes,   John |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**     Issue: AUTO NEGLIGENCE (AUTONEG)
              Filed By: Frakes, John
              Filed Date: 10/13/2016

EXHIBIT 1

Party Name          Disposition Information
                    Pending.

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 10-13-2016 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 10-13-2016 | AUTONEG | AUTO NEGLIGENCE | | | |
| 10-13-2016 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 10-13-2016 | PFE1 | PETITION<br>Document Available (#1034690453) 📄TIFF  📄PDF | | | $ 163.00 |
| 10-13-2016 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 10-13-2016 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 10-13-2016 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 10-13-2016 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 10-13-2016 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 10-13-2016 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 10-13-2016 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 10-13-2016 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 10-13-2016 | | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 10-13-2016 | | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 10-13-2016 | | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 10-13-2016 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 10-13-2016 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 10-13-2016 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 30.00 |
| 10-13-2016 | SMIMA | SUMMONS ISSUED - MAILED BY ATTORNEY<br>Document Available (#1034690457) 📄TIFF  📄PDF | | Perimeter Transportation Co LLC | |

| Date | Code | Description | Count or Party | Amount |
|------|------|-------------|----------------|--------|
| 10-13-2016 | SMIMA | SUMMONS ISSUED - MAILED BY ATTORNEY<br>Document Available (#1034690461) 📄TIFF 📕PDF | Moore, Christopher Lee | |
| 10-13-2016 | SMIMA | SUMMONS ISSUED - MAILED BY ATTORNEY<br>Document Available (#1034690465) 📄TIFF 📕PDF | State Automobile Mutual Insurance Company | |
| 10-13-2016 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE KISTLER, STEPHEN R TO THIS CASE. | | |
| 10-13-2016 | ACCOUNT | RECEIPT # 2016-521044 ON 10/13/2016.<br>PAYOR: MARTIN JEAN & JACKSON FOR FRAKES, JOHN<br>TOTAL AMOUNT PAID: $ 262.14.<br>LINE ITEMS:<br>CJ-2016-452: $193.00 ON AC01 CLERK FEES.<br>CJ-2016-452: $6.00 ON AC23 LAW LIBRARY FEE.<br>CJ-2016-452: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2016-452: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2016-452: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2016-452: $7.00 ON AC64 DISPUTE MEDIATION FEES.<br>CJ-2016-452: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2016-452: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2016-452: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2016-452: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2016-452: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | | |
| 01-24-2017 | S | SUMMONS RETURNED WITH CERTIFIED MAIL RECEIPT/STAMPED OKLAHOMA INSURANCE DEPARTMENT FOR STATE AUTOMOBILE MUTUAL INSURANCE COMPANY/DATED 1-12-2017<br>Document Available (#1035763960) 📄TIFF 📕PDF | State Automobile Mutual Insurance Company | |
| 01-24-2017 | S | SUMMONS RETURNED WITH CERTIFIED MAIL RECEIPT/SIGNED APRIL ? FOR PERIMETER TRANSPORTATION CO. LLC/DATED 1-12-2017<br>Document Available (#1035763956) 📄TIFF 📕PDF | Perimeter Transportation Co LLC | |