# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN FRAKES, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER LEE MOORE, an individual; PERIMETER TRANSPORTATION CO., LLC, a foreign limited liability company doing business in the State of Oklahoma; and STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, a foreign insurance company licensed and doing business in the State of Oklahoma, <br><br> Defendants. | Case No. 5:17-cv-00093-SLP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, John Frakes, hereby stipulates with the Defendants, Perimeter Transportation Co., LLC, and Christopher Lee Moore that his claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

*s/ Scott R. Jackson (signed with permission of counsel)*
Scott R. Jackson, OBA #17502
MARTIN JEAN & JACKSON
P.O. Box 2403
Ponca City, OK 74602
Telephone:   (580) 765-9967
Facsimile:   (580) 765-5433
Email:   sjackson@mjjlawfirm.com
**ATTORNEY FOR PLAINTIFF**

*s/ Laura L. Eakens*
J. Derrick Teague, OBA #15131
Laura L. Eakens, OBA #20196
JENNINGS | TEAGUE, P.C.
204 N. Robinson Avenue, Suite 1000
Oklahoma City, OK  73102
Telephone:   (405) 609-6000
Facsimile:   (405) 609-6501
Email:   dteague@jenningsteague.com
         leakens@jenningsteague.com
**ATTORNEYS FOR DEFENDANTS PERIMETER TRANSPORTATION CO, LLC and CHRISTOPHER LEE MOORE**